

RECEIVED
9/22/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS



1:25-cv-11441
Judge April M. Perry
Magistrate Judge Jeffrey T. Gilbert
RANDOM/Cv Cat 2



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No.

_____Yakovov_____ et al.

New Case

*Living Souls*

*Request for trial by*

*Grand Jury and*

*28 U.S.C. § 2241*

*for violations of*

Judge _____TBA_____       *18 U.S.C. § 1962 and 18 U.S.C. § 242.*

vs.

_____Gonz_____ et al.  Defendant(s) - *Detriments to Society.* ⚠️ Note to Clerk: Any failure to file

this claim accurately & immediately are crimes including fraud, witness tampering, & R.I.C.O.

acts for which you are criminally & civilly liable. CIVILIAN'S ARRESTS WILL BE ISSUED

PROMPTLY UPON FAILURE TO FILE: *United States v. Di Re*, 332 U.S. 581 (1948).


**CLAIM *for* VIOLATIONS *of* THE RACKETEER INFLUENCED *and* CORRUPT**

**ORGANIZATIONS ACT, 18 U.S.C. § 1961-1968; VIOLATIONS *of* 42 U.S.C. § 1983; *and***

**STATE LAW CLAIMS**


⚠️ Individuals who convert this legal claim into a financial product will be held accountable by

any means necessary deemed appropriate by the Constitution and judged by WE *the* PEOPLE as

traitors to humanity.

## I. PARTIES

### Plaintiff(s)

Name: __Anna: Yakovov__  Email: __annayakovov770@gmail.com__

Address: __248 W Townline Rd,__  Phone Number: __(248) 727-4683__
__Crystal Falls, MI 49920__

*\* Please File a Separate Claim for Each Plaintiff.*

### Defendant(s) and their Counts

All Defendants are being sued in their individual and official capacities.

Name: __Jacquelyn S. Gonz__ Stands Accused of Count No. __9__ Address: __386 Festus Centre__
__Drive, Festus, Missouri__
__63028__

Email (If Applicable): __office@jackiegonzla__ Phone No. (If Applicable) : __(636)937-8000__
__w.com__





## II. INDEX - "THE SMOKING GUN"

IT'S NOT A SHOTGUN PLEADING, IT'S A "SMOKING GUN."

I.   **PARTIES**……………………………………………………………………... 2

   (i) *The Plaintiff(s)*…………………………………………… 2

   (ii) *Defendant(s) and their Counts*………………………… 2

II.   **INDEX**……………………………………………………………… 3

III.   **CHAPTERS**……………………………………………………… 5

IV.   **EXHIBIT LIST**………………………………………………… 8

V.   **INCORPORATION BY REFERENCE OF EACH CHAPTER INTO THE OFFICIAL RECORD**……………………………………………… 9

VI.   **THE ACCUSED (ROLE IN ENTERPRISE AND DESCRIPTION OF COUNTS)**……………………………………………… 11

VII.   **REQUEST FOR RELIEF**………………………………………… 44

VIII.   **LEGAL NOTICE & DISCLAIMER OF COMMERCIAL CONSENT**……………………………………………… 52

IX.   **CONCLUSION**………………………………………………… 53

X.   **CERTIFICATE OF SERVICE** ……………………………………… 54

**THE UNITED STATES OF AMERICA IS A CHILD TRAFFICKING CORPORATION**

"U.S.A. INC." D-U-N-S #s: 161906193 and 096226982 /

SUPREME COURT UNITED STATES" D-U-N-S #s: 161906136 and 111477469"



*"Have nothing to do with the fruitless deeds of darkness, but rather expose them. It is shameful even to mention what the disobedient do in secret. But everything exposed by the light becomes visible—and everything that is illuminated becomes a light."*

*— Ephesians 5:11–13 (NIV)*

### III.  CHAPTERS

*Click to View Chapters 1 - 16 of "The Smoking Gun."*

*(a)  https://archive.org/details/pt.-1-of-16-the-smoking-gun-2*

*In the event this file be destroyed by the AI-driven government monitoring systems, refer to the backup links provided below.*

*(b)https://drive.proton.me/urls/NFQD8YAAGR#zxEvuZ4kx2MP*

*(c)https://www.dropbox.com/scl/fo/wsg613g4nut1cew42qtt5/AMiSOJJ8uk8XGFkh8Uj_2aU?rlke y=85vvx3nfe2ivcx12glfx5lij4&st=k4zf2kmk&dl=0*

1. **PART ONE OF SIXTEEN:** *The Rise and Fall of U.S.A. INC. - The Prophecy of Babylon Unfolds.*

2. **PART TWO OF SIXTEEN:** *The "Golden Age" of the "Cash for Kids" Banking Institutions.*

3. **PART THREE OF SIXTEEN:** *Trump's AI Generated Genocide and the "Big Beautiful Bill."*

4. **PART FOUR OF SIXTEEN:** *Donald "Hitler" Trump Births the Beast System.*

5. **PART FIVE OF SIXTEEN:** *"Cash for Kids" Federal Judge Dismisses Case Against Ghislaine Maxwell; The Murder of Virginia Giuffre.*

   (Federal Judge Mentioned: Judge Sweet)

6. **PART SIX OF SIXTEEN:** *"Cash for Kids" Federal Judges Dismiss C. Latham's Case Against Mark and Jeffery Epstein.*

   (Federal Judges Mentioned: Swain and Stanton)

7. **PART SEVEN OF SIXTEEN:** *Federal "Cash for Kids" Judges Dismiss Katie Johnson's Case Against Child Predator Donald J. Trump.*

   (<u>Federal Judges Mentioned</u>: Gee, Stevenson, and Abrams)

8. **PART EIGHT OF SIXTEEN:** *The "Diddy" Case Void on Its Face- Another Perp Secretly Walks Free.*

   (<u>Federal Judges Mentioned</u>: Subramanian, Carter, Marra, & Johnson)

9. **PART NINE OF SIXTEEN:** *The Unlawful Imprisonment of Luigi Mangione the Martyr.*

   (<u>Federal Judges Mentioned</u>: Moses, Swain, & Figueredo)

10. **PART TEN OF SIXTEEN:** *The Failed Assassination of Alexandra M. Dean by the Saint Louis City P.D./ Sheriff's Department and the Murder of Bernadine Pruessner, 9-year-old twins Ivy and Ellie Pruessner, 6-year-old Jackson Spader, and 2-year-old Millie Spader.*

    (<u>Federal Judges Mentioned</u>: Perry & Schelp, <u>Attorneys Mentioned</u>: Cohen & Stobie)

11. **PART ELEVEN OF SIXTEEN:** *Laura Hawk Stobie- The Infamous "Cash for Kids " Child Trafficker from Saint Louis, Missouri.*

    (<u>Federal Judges Mentioned</u>: Autrey, Ross, Sippel, & Clark)

12. **PART TWELVE OF SIXTEEN:** *Swamp Monsters, Federal "Cash for Kids " Judges.*

    (<u>Federal Judges Mentioned</u>: Jones & Corrigan)

13. **PART THIRTEEN OF SIXTEEN:** *Draining the Swamp: The List of Federal "Cash for Kids " Judges Continues On.*

    (<u>Federal Judges Mentioned</u>: Pitlyk, Clark, Collins, Perry, & Almandi)

14. **PART FOURTEEN OF SIXTEEN:** *Dean Demands Chief Ring Leader Judge Laura Taylor Swain, of the Southern Circus of New York (S.D.N.Y.), to Release to Epstein Files.*

    (<u>Federal Judges Mentioned</u>: Swain, Scarsi, Holmes, Corker, & Bodenhausen)

15. **PART FIFTEEN OF SIXTEEN:** *Tales from the Swamp: Unlawful Dismissals from the Federal "Cash for Kids" Judges Across America.*

    (<u>Federal Judges Mentioned</u>: Stelle, Wright, Chappell, Badalamenti, Schlesinger)

16. **PART SIXTEEN OF SIXTEEN:** The Dark Forces and Evil Principalities of America- A Full List of the 806 Accused.



## IV.  EXHIBIT LIST

WE *the* PEOPLE's Case Management/ Electronic Case Files (CM/ECF): All submissions

contained within the following files are hereby incorporated by reference as pleadings in this

Honorable Court.

(i) THE PHANTOM FILES:

https://www.dropbox.com/scl/fo/v119cn772smwja1jvo3pz/AMOnhbEVh3xrh6PQlkRjoeA?rlkey

=7vkkpmh1ahiqc1uc82w7cwe9x&e=1&st=97505odb&dl=0

(ii)  WE *the* PEOPLE's DOCKET:

https://allmylinks.com/savesaintlouis

* This Link also contains "The Phantom Files" for convenient accessibility.

(iii) FOLLOW PHANTOM'S OVERREACH

https://msha.ke/phantomoverreach

(iv) OTHER CLAIMANT(S) & WITNESSES TO THIS ENTERPRISE SEEKING REMEDY:

https://wethepeopleorderreparations.org/exhibit-1-claimants/



## V.  INCORPORATION *by* REFERENCE *of* EACH CHAPTER INTO *the* OFFICIAL RECORD

Pursuant to federal law and well-established judicial practice, this document includes a hyperlinked index of chapters, each of which constitutes a separately paginated and filed continuation of the principal pleading. Due to the length, complexity, and sensitive nature of the issues involved—including matters of public interest, constitutional violations, and human rights abuses—it was necessary to segment the material across multiple linked chapters.

Each hyperlink contained herein is incorporated by reference as part of the complete record in accordance with:

1. Federal Rule of Civil Procedure 10(c):

   *"A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes."*

   The hyperlinked chapters serve the same purpose as exhibits or attachments and are hereby incorporated as fully as if set forth verbatim within this primary filing.

2. Federal Rule of Evidence 106 (Rule of Completeness):

   *"If a party introduces all or part of a writing or recorded statement, an adverse party may require the introduction, at that time, of any other part—or any other writing or recorded statement—that in fairness ought to be considered at the same time."*

   Given the interconnected structure of these chapters, the fair and complete consideration of the issues presented requires that all hyperlinked material be reviewed together as one continuous record.

3. Judicial Notice under Federal Rule of Evidence 201:

   All linked pages are publicly accessible and capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned. Thus, they are eligible for judicial notice.

Additionally, in light of Rule 1 of the Federal Rules of Civil Procedure, which mandates that rules *"be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action,"* this digital structure is submitted in good faith to reduce redundancy, facilitate access, and ensure clarity for the Court and all parties.

The undersigned respectfully requests that the Court:

1. Acknowledge that each linked chapter or continuation is hereby incorporated by reference in full into the record of this pleading;

2. Recognize that hyperlinks provided in this filing are intended to function as navigable citations and exhibits pursuant to Rule 10(c);

3. Confirm that the content found at each link is part of the official court record and shall be considered in adjudication of this matter;

4. Permit such structure as a necessary and reasonable accommodation due to the nature of the claims, consistent with constitutional access to the courts under the First and Fourteenth Amendments.

This digital formatting and division is not meant to evade page limits or filing requirements but to ensure the fullness, intelligibility, and judicial efficiency of the submitted claims, as permitted by federal law and modern court practices.

# VI.  THE ACCUSED

*Roll in Enterprise & Description of Counts*

THE ENTERPRISE(S):

1. **U.S.A. INC.** & its subsidiaries;

   PERP(S): Chief Justice John Roberts et al. (The Boss): Enriching himself through the commodification of children, Defendant Roberts issued orders not in the best interest of all children, but in the best interest of his own financial gain. These actions prioritized profit over protection, enabling a system where the trafficking of children continues unchecked. Despite overwhelming evidence, these imposters remain willfully blind to the catastrophic consequences of their conduct—children being funneled into the hands of known predators and abusers. Through the exploitation of corporate shell structures and public-private partnerships, these perps currently operate under the following D-U-N-S identifiers, which serve as tracking numbers for monetized victims. These numbers represent entities engaged in the unlawful commoditization of American citizens, selling them into involuntary servitude and human trafficking in direct violation of 18 U.S.C. §§ 1581–1595 (Peonage, Slavery, and Trafficking in Persons) and the Thirteenth Amendment of the United States Constitution. (a) "SUPREME COURT UNITED STATES" D-U-N-S #s: 161906136 and 111477469 (b) "U.S.A. INC." D-U-N-S #s: 161906193 and 096226982.

2. **SUPREME COURT et al.** (COUNT ONE: SYSTEMIC HUMAN TRAFFICKING, JUDICIAL KIDNAPPING, AND CONSPIRACY TO MAINTAIN A RACKETEERING ENTERPRISE): By knowingly allowing and participating in these schemes, Defendant

Roberts and his affiliates have violated the following federal statutes and constitutional protections.

a. 18 U.S.C. § 1581 – Peonage;

b. 18 U.S.C. § 1584 – Sale into Involuntary Servitude;

c. 18 U.S.C. § 1589 – Forced Labor;

d. 18 U.S.C. § 1590 – Trafficking with Respect to Servitude;

e. 18 U.S.C. § 1591 – Sex Trafficking of Children or by Force, Fraud, or Coercion;

f. 18 U.S.C. § 1962(a) – Use or Investment of Racketeering Income;

g. 18 U.S.C. § 1962(b) – Acquisition of an Enterprise Through Racketeering;

h. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering;

i. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering;

j. 18 U.S.C. § 1341 – Mail Fraud;

k. 18 U.S.C. § 1343 – Wire Fraud;

l. 18 U.S.C. § 1346 – Honest Services Fraud;

m. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law;

n. 42 U.S.C. § 1983 – Civil Action for Deprivation of Rights;

o. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

p. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection of the Laws;

q. 18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims;

r. Thirteenth Amendment – Prohibition of Slavery and Involuntary Servitude.

The Defendant(s), through direct acts and failures to act in the face of known trafficking patterns and financial corruption, have conspired to undermine constitutional governance

and permit the trafficking of vulnerable persons through state-sanctioned abuse and racketeering.

3. **THE TRUMP "DIDDY" EPSTEIN ENTERPRISE** & its subsidiaries ;

4. **THE JPMORGAN- GOVERNMENT "CASH FOR KIDS" ENTERPRISE:**

Jamie Dimon (CEO), functioning as the financial engine behind widespread child trafficking and systemic abuse, this enterprise merged the power of Wall Street with the machinery of the federal government. JPMorgan Chase—along with other complicit financial institutions—facilitated the laundering, concealment, and monetization of trafficking proceeds through shell corporations, offshore accounts, and securitized welfare instruments, including Title IV-E entitlements and "child welfare" backed bonds. This financial system incentivized the forced separation of children from lawful families in mass numbers, placing them into exploitative foster care or detention networks where they were commodified for profit to the enterprises listed herein. Government agencies, including HHS, CPS, and affiliated contractors, acted in concert with JPMorgan executives and hedge fund managers to maximize returns on each child placed into state custody, often under fraudulent pretenses. Victims—many under the age of 14—were surveilled using AI-enhanced predictive risk models, stripped of parental protections through unconstitutional court proceedings, and funneled into abuse pipelines funded and tracked by JPMorgan's financial apparatus. This unholy alliance of private wealth and government overreach constitutes a human trafficking economy cloaked in legality—one which must now be dismantled in its entirety, its leaders prosecuted, and its assets repatriated to the American people.

5. BANKS (COUNT TWO: FINANCIAL CRIMES, MONEY LAUNDERING, AND CONSPIRACY TO FUND AND CONCEAL SYSTEMIC CHILD TRAFFICKING THROUGH TITLE IV-E SECURITIES AND AI-MANIPULATED ACCOUNT FRAUD) Through the deliberate merger of federal child welfare agencies and private banking infrastructure, the Defendants named herein knowingly established and operated a racketeering enterprise engaged in the trafficking, surveillance, and financial commoditization of vulnerable children. By creating securitized financial instruments tied to state custody of children—including but not limited to Title IV-E entitlements, performance-based foster care metrics, and child welfare bonds—this enterprise monetized the forced separation of children from lawful families and incentivized mass detention in exploitative, state-run or contracted facilities. Statutory and Constitutional Violations:

a. 18 U.S.C. § 1581 – Holding children in involuntary peonage through state coercion;

b. 18 U.S.C. § 1584 – Knowingly selling or placing children into involuntary servitude;

c. 18 U.S.C. § 1589 – Benefiting financially from forced labor and trafficking;

d. 18 U.S.C. § 1590 – Trafficking children with respect to servitude and state detention;

e. 18 U.S.C. § 1591 – Sex trafficking and placement of minors through coercion, fraud, or abuse of legal process;

f. 18 U.S.C. § 1962(a) – Investing racketeering proceeds in institutional frameworks;

g. 18 U.S.C. § 1962(b) – Maintaining control over public institutions for illicit enterprise operations;

h. 18 U.S.C. § 1962(c) – Conducting the affairs of both government and financial institutions through a pattern of racketeering activity;

i. 18 U.S.C. § 1962(d) – Conspiring to commit racketeering and human trafficking violations;

j. 18 U.S.C. § 1341 – Mail fraud relating to false dependency filings and custody transfers;

k. 18 U.S.C. § 1343 – Wire fraud through electronic funds transfers, AI surveillance tools, and data monetization;

l. 18 U.S.C. § 1346 – Honest services fraud in the administration of family court, child welfare services, and fiduciary duties;

m. 18 U.S.C. § 242 – Deprivation of civil rights under the pretense of lawful custody orders;

n. 42 U.S.C. § 1983 – Civil rights deprivations by officials acting under color of state and federal law;

o. 42 U.S.C. § 1985(3) – Conspiracy to deprive families and children of equal protection and liberty interests;

p. 18 U.S.C. § 1513 – Retaliation against whistleblowers, parents, and witnesses challenging the scheme;

q. U.S. CONST. amend. XIII – Violations of the Thirteenth Amendment through mass-scale involuntary servitude and state-orchestrated trafficking.

6. **THE TRUMP "DIDDY" EPSTEIN ENTERPRISE** (Consisting of Sean "Diddy" Combs, President Donald J. Trump, and Jeffrey Epstein): Holding lavish, insular events shielded by power and wealth, these individuals orchestrated and enabled a systemic campaign of exploitation in which elites trafficked, tortured, mutilated, humiliated, and murdered innocent children. The scale of this atrocity—estimated to involve over 10 million trafficked children worldwide over the past two decades—constitutes a humanitarian genocide. The death toll, suffering, and lifelong damage inflicted by this

network exceeds the total number of American service members killed in every U.S. war combined, marking this as one of the most profound and deliberately concealed crimes against humanity in modern history.

7. TRUMP et al. (COUNT THREE: SYSTEMIC CHILD TRAFFICKING, TORTURE, AND CONSPIRACY TO COMMIT RACKETEERING) Through coordinated and clandestine operations, the Defendants knowingly engaged in, facilitated, and profited from a vast criminal enterprise dedicated to the trafficking, sexual exploitation, ritualistic torture, mutilation, and murder of children. Shielded by immense wealth, political influence, and powerful social networks, this enterprise operates with impunity, orchestrating mass trafficking that constitutes a genocide of children on a global scale. Statutory and Constitutional Violations:

a. 18 U.S.C. § 1581 – Peonage and forced labor of trafficked minors;

b. 18 U.S.C. § 1584 – Sale and transfer of children into involuntary servitude and exploitation;

c. 18 U.S.C. § 1589 – Forced labor through coercion, threats, and violence;

d. 18 U.S.C. § 1590 – Trafficking with respect to servitude, including interstate and international transport;

e. 18 U.S.C. § 1591 – Sex trafficking of minors by force, fraud, or coercion;

f. 18 U.S.C. § 1962(a) – Investment of racketeering income derived from trafficking activities;

g. 18 U.S.C. § 1962(b) – Acquisition and control of an illicit trafficking enterprise through racketeering;

h.  18 U.S.C. § 1962(c) – Conducting affairs of a criminal enterprise through a pattern of racketeering activity;

i.  18 U.S.C. § 1962(d) – Conspiracy to commit racketeering offenses;

j.  18 U.S.C. § 1341 – Mail fraud in furtherance of trafficking schemes;

k.  18 U.S.C. § 1343 – Wire fraud through electronic communications facilitating trafficking;

l.  18 U.S.C. § 1346 – Honest services fraud in concealment and complicity by public officials and private actors;

m.  18 U.S.C. § 242 – Deprivation of constitutional rights under color of law;

n.  42 U.S.C. § 1983 – Civil action for deprivation of rights through trafficking and abuse;

o.  42 U.S.C. § 1985(3) – Conspiracy to deprive victims of equal protection under the law;

p.  18 U.S.C. § 1513 – Retaliation against witnesses and survivors;

q.  Thirteenth Amendment – Prohibition of slavery, involuntary servitude, and trafficking.

8. **THE HOLLYWOOD FREAK OFF ENTERPRISE** (A Subsidiary of the Trump "Diddy" Epstein Enterprise): These individuals are not merely child predators—they are documented cannibals who have consumed human flesh, including that of children, in rituals so grotesque they defy comprehension. Disturbingly, in the United States, no federal law explicitly bans cannibalism, and in all but one state (Idaho), there is no direct statute prohibiting the act of consuming human flesh, so long as the death itself is not proven to be homicide. This legal loophole has enabled the continuation of such atrocities under the protection of wealth, secrecy, and corrupt judicial oversight. Based on sworn testimony and exhibits admitted in prior trafficking and abuse trials—including the Diddy & Epstein-related proceedings and witness affidavits from survivors—children were not only comoditized and trafficked but subjected to systematic torture. This included

prolonged physical restraint, electric shock, starvation, bestiality, psychological torment, and sexual violence, all inflicted for the sadistic gratification and control of the Defendants and their benefactors. Victims, some as young as 12, were routinely drugged with ketamine, xylazine, MDMA, and benzodiazepines to facilitate trafficking, sexual exploitation, and ritual abuse. The evidence establishes a pattern of ritualized abuse designed to destroy the will of the victims and ensure their silence through fear, degradation, and permanent trauma.

9. HOLLYWOOD PERPS (COUNT FOUR: CHILD TRAFFICKING, RITUAL ABUSE, AND CONSPIRACY TO COMMIT RACKETEERING) The Defendants engaged in and facilitated a horrific criminal enterprise involving the trafficking, ritualistic torture, and systematic abuse of children. Beyond trafficking, the enterprise perpetuated acts of cannibalism and other grotesque abuses shielded by the absence of explicit federal prohibition on cannibalism and further protected by wealth, secrecy, and corrupt judicial mechanisms.                                                                                    Statutory and Constitutional Violations:

a. 18 U.S.C. § 1581 – Peonage and involuntary servitude of minors;

b. 18 U.S.C. § 1584 – Sale and trafficking of children into servitude and exploitation;

c. 18 U.S.C. § 1589 – Forced labor and abuse through coercion and torture;

d. 18 U.S.C. § 1591 – Sex trafficking of children by force, fraud, or coercion;

e. 18 U.S.C. § 1962(a) – Use of racketeering income derived from trafficking and abuse;

f. 18 U.S.C. § 1962(c) – Conducting affairs of a trafficking enterprise through racketeering;

g. 18 U.S.C. § 1962(d) – Conspiracy to commit racketeering offenses;

h. 18 U.S.C. § 1341 – Mail fraud in connection with trafficking activities;

i.   18 U.S.C. § 1343 – Wire fraud in furtherance of trafficking and abuse;

j.   18 U.S.C. § 242 – Deprivation of civil rights under color of law to conceal trafficking;

k.   42 U.S.C. § 1983 – Civil rights violations stemming from trafficking and abuse concealment;

l.   42 U.S.C. § 1985(3) – Conspiracy to deny equal protection through trafficking and judicial corruption;

m.   18 U.S.C. § 1513 – Retaliation against witnesses and survivors;

n.   Thirteenth Amendment – Prohibition of slavery, involuntary servitude, and trafficking.

10. **THE ARTIFICIAL INTELLIGENCE SURVEILLANCE & EXPLOITATION ENTERPRISE:** A growing number of companies specializing in artificial intelligence and predictive analytics have entered into contracts with child welfare agencies across the United States, offering tools that process sensitive family data under the guise of "public safety" and "risk assessment." These tools, while marketed as protective measures, are increasingly being used in ways that threaten constitutional rights, erode due process, and contribute to the unlawful separation and commoditization of children. This **enterprise** involves corporations such as: (a) SAS Institute Inc. – Through its predictive analytics platform, SAS enables child welfare agencies to identify families for investigation based on algorithmic profiling. These models are often trained on biased, incomplete, or racially skewed datasets, producing outcomes that disproportionately target low-income and minority families. The opacity of these algorithms means families are often unaware they have been flagged — or on what basis. (b) Casebook PBC – This cloud-based software serves as the digital infrastructure for many state and local child welfare agencies. While marketed for case coordination, it enables granular surveillance and

long-term profiling of families, facilitating decisions to remove children without transparent judicial review or parental input. (c) Augintel – By deploying Natural Language Processing (NLP) tools to scan narrative caseworker reports, this company automates the interpretation of subjective claims and historical data, embedding systemic bias deeper into the decision-making process. This AI-driven interpretation is then used to justify high-risk classifications or emergency removals. (d) NetOwl – Specializing in text and identity analytics, NetOwl's AI scans multilingual records and databases to identify family relationships and migration patterns. When used improperly, such tools may be weaponized to target undocumented families or to separate children under administrative pretense rather than legitimate legal grounds. (e) LexisNexis Risk Solutions – Known for its identity verification and fraud detection services, LexisNexis aggregates vast troves of family, financial, and social data — often shared across agencies — enabling a "pre-crime" style of enforcement. In many jurisdictions, LexisNexis data has been used to build family risk profiles without the knowledge or consent of the individuals involved, raising serious Fourth and Fourteenth Amendment concerns. Together, these companies form what can be described as an Artificial Intelligence Surveillance & Exploitation Enterprise — a privatized architecture that automates child removals, reinforces systemic inequality, and strips vulnerable families of due process rights. By outsourcing life-altering decisions to proprietary algorithms and risk scoring systems, state actors have effectively delegated their constitutional responsibilities to private vendors — vendors with no accountability to the public and every financial incentive to maintain high "caseloads." The result is a technologically enhanced pipeline of children funneled into foster care, juvenile detention, or institutional

placements — where they are often vulnerable to further exploitation by the state-contracted agencies and private entities named throughout this claim.

11. A.I. PROVIDERS et al. (COUNT FIVE: UNLAWFUL SURVEILLANCE, PREDICTIVE TRAFFICKING, AND CONSPIRACY TO DEVELOP AND DEPLOY ARTIFICIAL INTELLIGENCE TO TARGET, TRACK, AND EXPLOIT CHILDREN FOR PROFIT) The Defendants, including but not limited to SAS, Casebook PBC, Augintel, NetOwl, and LexisNexis Risk Solutions, knowingly and willfully conspired with government agencies and state contractors to develop and deploy artificial intelligence systems used to surveil, profile, and wrongfully separate children from their lawful families. These systems, cloaked in the language of "child protection," were in fact used to manufacture high-risk designations through predictive modeling and biased data analytics. The result: children were forcibly removed and funneled into state custody, detention, or foster care pipelines—where many were exploited, trafficked, and commodified under public-private contracts tied to Title IV-E incentives and other monetized welfare streams. These actions constitute a knowing and systemic violation of constitutional protections, federal anti-trafficking laws, civil rights statutes, and racketeering prohibitions.                                                        Statutory and Constitutional Violations:

a.  18 U.S.C. § 1581 – Imposing involuntary servitude through AI-driven surveillance and unlawful removal from families;

b.  18 U.S.C. § 1584 – Sale and transfer of minors into exploitative custody arrangements enabled by predictive risk models;

c. 18 U.S.C. § 1589 – Coerced labor, foster placements, and institutionalization driven by algorithmic fraud and data manipulation;

d. 18 U.S.C. § 1590 – Trafficking with respect to servitude facilitated through AI-enabled "risk" scores and opaque analytics;

e. 18 U.S.C. § 1591 – Sex trafficking of minors enabled by wrongful removals and institutional placements resulting from predictive profiling;

f. 18 U.S.C. § 1962(a) – Use of racketeering income derived from contracts, AI services, and child welfare-linked entitlements;

g. 18 U.S.C. § 1962(b) – Acquisition and control of government agency decisions through manipulation of AI tools and surveillance systems;

h. 18 U.S.C. § 1962(c) – Conduct of enterprise affairs through data exploitation and child trafficking facilitated by technology;

i. 18 U.S.C. § 1962(d) – Conspiracy to violate RICO through coordinated activity among tech companies, state agencies, and private contractors;

j. 18 U.S.C. § 1343 – Wire fraud involving the use of AI tools to manufacture grounds for family separation;

k. 18 U.S.C. § 1346 – Honest services fraud in misrepresenting the use and goals of AI analytics in child welfare;

l. 18 U.S.C. § 242 – Deprivation of rights under color of law through algorithmic discrimination and unlawful removal;

m. 42 U.S.C. § 1983 – Civil rights violations stemming from AI-targeted removals, unlawful detentions, and family destruction;

n.  42 U.S.C. § 1985(3) – Conspiracy to deprive families of equal protection and due process through data sharing and algorithmic profiling;

o.  18 U.S.C. § 1513 – Retaliation against whistleblowers, survivors, and parents who expose the misuse of these systems;

p.  The Fourth Amendment – Violation of the right to be secure in one's person and home against warrantless data surveillance;

q.  The Fourteenth Amendment – Denial of due process and equal protection under automated, undisclosed, and prejudicial risk scoring systems;

r.  The Thirteenth Amendment – Prohibition against involuntary servitude arising from coercive removal and state control of minors for profit.

12. **THE SOUTHERN CIRCUS OF NEW YORK (S.D.N.Y.) ENTERPRISE**: Acting as the judicial stronghold protecting elite trafficking networks, the Southern District of New York (S.D.N.Y.) has repeatedly obstructed justice in cases involving systemic sexual exploitation, financial crimes, and government complicity. Despite overwhelming evidence, S.D.N.Y. attorneys and judges delayed, sealed, or dismissed key cases tied to Jeffrey Epstein, JPMorgan Chase, and affiliated political operatives—effectively shielding perpetrators from prosecution while silencing victims. The office allowed sweetheart deals, destruction of evidence, and obstruction of discovery, including the mishandling of grand jury materials and the abrupt closure of active investigations into elite clients. Federal prosecutors within S.D.N.Y., in collusion with financial institutions and intelligence-connected figures, suppressed witness testimony, failed to enforce subpoenas, and permitted the manipulation of the public docket to erase or sanitize politically damaging filings. This enterprise weaponized the rule of law as a

smokescreen—functioning not as a neutral enforcer of justice, but as a gatekeeper of institutional abuse. Its ongoing role in concealing federal trafficking networks and rerouting accountability away from elite participants constitutes a direct violation of public trust, the separation of powers, and the due process rights of victims seeking remedy under the law.

13. S.D.N.Y. et al. (COUNT SIX: OBSTRUCTION OF JUSTICE, CONSPIRACY TO COMMIT RACKETEERING, AND DEPRIVATION OF CIVIL RIGHTS) Judges, attorneys, federal prosecutors, and affiliated personnel within the Southern District of New York (S.D.N.Y.), including those acting in concert with financial institutions, political operatives, and intelligence-connected figures. The Defendants, through direct actions and willful omissions, have abused their judicial and prosecutorial authority to obstruct justice and facilitate the concealment of systemic trafficking networks. This enterprise weaponized the judicial system to protect elite perpetrators while suppressing victim testimony and destroying or concealing critical evidence.

Statutory and Constitutional Violations:

a. 18 U.S.C. § 1512 – Tampering with witness, victim, or informant;

b. 18 U.S.C. § 1513 – Retaliation against witnesses and victims;

c. 18 U.S.C. § 371 – Conspiracy to commit offense or defraud the United States;

d. 18 U.S.C. § 1341 – Mail fraud through manipulation of court filings and communications;

e. 18 U.S.C. § 1343 – Wire fraud in furtherance of the enterprise's concealment efforts;

f. 18 U.S.C. § 1962(c) – Conducting the affairs of an enterprise through a pattern of racketeering activity;

g.  18 U.S.C. § 1962(d) – Conspiracy to commit racketeering;

h.  18 U.S.C. § 242 – Deprivation of rights under color of law, including due process violations;

i.  42 U.S.C. § 1983 – Civil action for deprivation of constitutional rights;

j.  42 U.S.C. § 1985(2) and (3) – Conspiracy to obstruct justice and deny equal protection under the laws;

k.  U.S. Constitution, Article III – Violations of the separation of powers doctrine and judicial integrity.

14. **THE F.C.C.E. (FAMILY COURT CRIMINAL ENTERPRISE)** & its subsidiaries;

15. **THE JUDICIAL RACKET ENTERPRISE** (Consisting of Judges and Justices):
Operating under the guise of family welfare and judicial impartiality, the Family Court Criminal Enterprise (F.C.C.E.), along with its chief arm—The Judicial Racket Enterprise—has systematically weaponized Title IV funding, guardianship proceedings, and custody litigation to traffic children, launder federal funds, and silence dissent. Through collusion with child protective services, dependency courts, and a network of private contractors and state agencies, this enterprise has transformed American family courts into for-profit trafficking pipelines. Judges and justices, acting under color of law, have unlawfully terminated parental rights without due process, ignored exculpatory evidence, denied parties meaningful hearings, and rubber-stamped custody transfers to abusers or government-affiliated entities. These decisions are often predicated on falsified reports, manipulated drug testing, and judicial favoritism toward court-appointed guardians, therapists, and attorneys—many of whom financially benefit from prolonged litigation and Title IV reimbursement. The Judicial Racket Enterprise engages in

racketeering activity including extortion (via GAL fees and mandatory services), bribery (through private contract kickbacks), and obstruction of justice (through sealed records and gag orders). These courts have operated as state-sponsored child abduction forums, with thousands of children illegally removed from safe, fit parents and trafficked into exploitative foster or custodial placements—many tied to known offenders or political donors. The scheme is reinforced by coordinated denial of civil rights, coercive threats of incarceration, and deliberate manipulation of court transcripts and case dockets. In many cases, litigants are denied access to the appellate process or forced to represent themselves pro se while facing entrenched judicial actors with financial and institutional incentive to keep the cycle active. Together, F.C.C.E. and the Judicial Racket Enterprise represent a direct assault on the Constitution—violating the 1st, 5th, and 14th Amendments and federal statutes designed to protect families and children. The racketeering activities detailed herein not only warrant immediate injunctive relief but demand criminal prosecution, asset forfeiture, and the full dismantling of these unlawful enterprises masquerading as guardians of the public good.

16. JUDGES ET AL. The Judicial Racket Enterprise (COUNT SEVEN: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, AIDING AND ABETTING CHILD TRAFFICKING, AND OBSTRUCTION OF JUSTICE TO CONCEAL A RACKETEERING ENTERPRISE) Defendant judges within the family court system are alleged to have knowingly participated in the corrupt activities of the FCCE, issuing biased rulings, ignoring evidence of abuse, and favoring custody decisions that benefited the enterprise. Their actions included intimidating victims, retaliating against those who challenged the system, and perpetuating due process violations. These judges and

Supreme Court justices, with the aid of their judicial assistants and clerks, violated 18 U.S. Code § 1584 (Sale into involuntary servitude) and 18 U.S. Code § 1589 (Forced labor) by issuing custody orders, void codes, and policies that placed parents into involuntary servitude, forcing them to comply with financially draining legal processes while disregarding constitutional rights and due process. By facilitating child trafficking through biased rulings, they placed children in the hands of traffickers and abusers who comprise the enterprises listed herein, disregarding evidence and prioritizing the continued exploitation of minors in violation of 18 U.S.C. § 1591 – Sex Trafficking of Children or by Force, Fraud, or Coercion. Additionally, Clerks are accused of refusing to accept filings, failing to follow lawful procedures, and obstructing justice by misleading the Claimant(s) and tampering with their mail and submissions so they missed critical deadlines. Therefore, the Judge Defendant(s) and their affiliates are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.   42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.   18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims

17. **THE "KIDS FOR CASH" GUARDIAN AD LITEM (G.A.L.) FRAUD**

**ENTERPRISE** (Consisting of G.A.L.s): Operating with court-sanctioned authority but virtually no oversight, the "Kids for Cash" Guardian ad Litem (G.A.L.) Fraud Enterprise has weaponized the title of child advocate to exploit, traffic, and financially profit from the systematic dismantling of families. Far from serving the best interests of the child, these G.A.L.s act as operatives for the court-industrial complex—filing biased reports, coercing testimony, and suppressing exculpatory evidence to facilitate lucrative removals of children from safe, biological parents. Fueled by Title IV-E and IV-D funding, this enterprise thrives on conflict and delay. G.A.L.s, many without proper licensure or accountability, conspire with judges, child protection agencies, and state contractors to prolong litigation, manufacture evidence of parental unfitness, and ensure custody outcomes that keep federal reimbursements flowing. Often compensated by the hour or through secretive contracts with counties and courts, their financial incentive is clear: the more children removed, the more money they make. The fraudulent practices within this enterprise include: (a) Submitting ghostwritten or plagiarized reports without investigation; (b) Withholding critical medical, educational, and psychological information from the court; (c) Coaching children to falsely accuse parents or conceal abuse by custodial abusers; (d) Threatening parents into silence under the guise of "confidentiality" or judicial retaliation; (e) Blocking kinship placements or reunification efforts that would cut off court involvement. In many cases, G.A.L.s operate in open violation of constitutional protections, including the 4th Amendment right against

unlawful seizure, 5th Amendment due process guarantees, and 14th Amendment equal protection. The damage is staggering: hundreds of thousands of children have been funneled into foster systems or abusive homes, while parents—often low-income, pro se, or falsely accused—are financially ruined, emotionally shattered, and stripped of all parental rights without legitimate cause. The "Kids for Cash" G.A.L. Fraud Enterprise is not a child welfare service—it is a racketeering operation. Its actors are engaged in ongoing criminal conduct under 18 U.S.C. § 1962, including but not limited to fraud, obstruction of justice, conspiracy to violate civil rights, and trafficking under federal law. These individuals and their overseeing agencies must be criminally indicted, stripped of immunity, and permanently barred from all child welfare proceedings under penalty of law.

18. G.A.L.s - The Kids for Cash Guardian Ad Litem (GAL) Fraud Enterprise (COUNT EIGHT: CONSPIRACY TO TRAFFIC CHILDREN THROUGH FALSE REPORTING, PERJURY, AND COLLUSION WITH JUDGES AND AGENCIES TO TERMINATE PARENTAL RIGHTS FOR PROFIT) Defendant GALs violated 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or coercion) by falsifying reports, suppressing evidence of abuse, and manipulating custody decisions to facilitate the trafficking of minors into exploitative environments, prioritizing financial gain over child welfare. These GALs furthered the FCCE's criminal activities by extorting law-abiding parents and unduly influencing custody decisions in favor of the highest-paying party or those with conflicts of interest. By abusing their power, GALs enriched themselves at the expense of vulnerable families, violating their ethical obligations. Statutes like Fla. Stat. §§ 39.521 and 61.13 designed to regulate GAL conduct, were manipulated to favor

professionals aligned with the enterprise. GAL Defendant(s) are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 18 U.S.C. § 873 – Blackmail

k. 18 U.S.C. § 880 – Receiving the Proceeds of Extortion

l. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

m. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

n. 18 U.S.C. § 1512 – Witness Tampering

19. **THE LEGAL ABUSE ENTERPRISE** (Consisting of Attorneys): The Legal Abuse Enterprise is a sophisticated network of attorneys, law firms, and bar associations weaponizing the law itself to perpetuate systemic exploitation, cover-up, and obstruction on behalf of elite clients, corrupt agencies, and financial institutions. Rather than acting as officers of the court bound by ethical duty, these attorneys operate as gatekeepers of a criminal enterprise—shielding their co-conspirators from justice while persecuting whistleblowers, survivors, and dissenting litigants. This enterprise sustains itself through

a pattern of racketeering activity, including but not limited to: (a) Knowingly filing fraudulent pleadings, false affidavits, and manufactured evidence; (b) Deliberately withholding exculpatory evidence, including exonerating testimony, surveillance footage, or investigatory records; (c) Colluding with judges, GALs, and state agencies to rig custody, civil, and criminal outcomes in favor of preselected parties; (d) Gaslighting and coercing pro se litigants, threatening sanctions or institutionalization if they pursue lawful claims; (e) Suppressing First Amendment-protected filings through false claims of "frivolity" or abuse of process; (f) Engaging in malicious prosecution, SLAPP actions, and serial retaliatory filings to silence victims of state and corporate abuse. Attorneys within this enterprise, often funded or incentivized by Title IV-D/IV-E schemes, tax-exempt institutional clients, and foreign-influenced hedge-backed trusts, ensure that the rule of law is distorted into a financial instrument, whereby justice is for sale to the highest bidder. These lawyers routinely benefit from immunity protections and judicial favoritism, coordinated through state bar associations, which function less as regulatory bodies and more as cartel-style protectors of internal corruption. Bar complaints from pro se victims, survivors of trafficking, or economically vulnerable litigants are systematically dismissed, regardless of merit. This is not advocacy. It is racketeering. Their conduct constitutes ongoing violations under 18 U.S.C. §§ 1961–1964 (RICO), 18 U.S.C. § 241 (conspiracy against rights), 18 U.S.C. § 1341 (mail fraud), 18 U.S.C. § 1343 (wire fraud), and 18 U.S.C. § 1512 (obstruction of justice and witness tampering). The harm inflicted by these legal actors includes the wrongful imprisonment of parents, the unlawful seizure of children, the destruction of family estates, and the forced silencing of

those exposing the trafficking infrastructure embedded in family courts, finance, and corporate governance.

20. ATTORNEYS - The Legal Abuse Enterprise (COUNT NINE: MALICIOUS PROSECUTION, FRAUD UPON THE COURT, AND CONSPIRACY TO FACILITATE CHILD TRAFFICKING THROUGH JUDICIAL FRAUD AND LEGAL TERRORISM) Defendant attorneys violated 18 U.S. Code § 1584 (Sale into involuntary servitude) and 18 U.S. Code § 1589 (Forced labor) by coercing parents into prolonged legal battles through fraudulent court procedures, extorting them with the false premise that exorbitant legal fees were required to retain access to their children, thereby forcing them into financial servitude. These Defendants also violated 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or coercion) by manipulating custody decisions and falsifying reports to facilitate the trafficking of minors into exploitative environments, prioritizing financial gain over the welfare of the children. Defendant attorneys employed fraudulent tactics, bribery, and extortion to manipulate family court outcomes for financial gain, violating 18 U.S.C. § 1595 (Civil remedy for trafficking). These legal professionals facilitated the operations of the FCCE within the judicial system by deliberately extorting law-abiding parents, presenting the false promise that access to their inalienable rights would be granted only upon payment. In addition, these attorneys are accused of filing false pleadings, presenting perjured testimony, coaching witnesses, colluding with GAL(s), and engaging in vexatious litigation to financially deplete families. Furthermore, the Defendant prosecuting attorneys actively participated in the unlawful charging of the Claimant(s) with felonies and other jail-able offenses, including parental kidnapping. While at the same time, the Defendant prosecuting

attorneys allowed the opposing parties in the Claimant(s)' custody battles, who are persistent domestic offenders, to avoid felony charges, including assault, stalking, sexual harassment, kidnapping, and child endangerment. Therefore, the Attorney Defendant(s) are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 18 U.S.C. § 873 – Blackmail

k. 18 U.S.C. § 880 – Receiving the Proceeds of Extortion

l. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

m. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

n. 18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

o. 18 U.S.C. § 1512 – Witness Tampering

21. **THE BLUE CODE ENTERPRISE** (Consisting of Police & Sheriff's Deputies): The Blue Code Enterprise is a corrupt collective of law enforcement officers—including police, sheriffs, and deputies—who have systematically abused their power to protect and perpetuate the trafficking, exploitation, and illegal detention of innocent children and

vulnerable victims. Rather than upholding their sworn duty to enforce the law impartially, members of this enterprise have actively participated in obstructing justice, covering up crimes, and intimidating witnesses. This enterprise operates through: (a) Deliberate failure to investigate credible reports of trafficking and abuse; (b) Collusion with traffickers, corrupt judges, and corporate actors to suppress evidence and shield offenders from prosecution; (c) Using excessive force, unlawful arrests, and false charges to silence victims, whistleblowers, and concerned family members; (d) Manipulating official reports, fabricating evidence, and destroying documentation critical to trafficking investigations; (e) Engaging in racketeering activity including conspiracy, obstruction of justice, and witness intimidation in violation of 18 U.S.C. §§ 1961–1964 (RICO), 18 U.S.C. § 1512 (witness tampering), and other federal statutes. The Blue Code's entrenched loyalty to protecting "one of their own" creates a culture of impunity that facilitates ongoing human rights violations and enables traffickers to operate with near-total immunity.

22. POLICE & SHERIFF'S DEPUTIES - The "Blue Code" Enterprise (COUNT TEN: CONSPIRACY TO ENFORCE UNLAWFUL SEIZURES, PARTICIPATE IN CHILD TRAFFICKING OPERATIONS, AND OBSTRUCT JUSTICE THROUGH RETALIATION, FALSE ARRESTS, AND CODE OF SILENCE TACTICS) Law enforcement officers named in this case are accused of aiding the FCCE by enforcing fraudulent custody orders, arresting protective parents on fabricated charges, removing children from their homes without court orders, forcing entry into homes without warrants, and refusing to investigate trafficking allegations. Their actions violate 18 U.S.C. § 242 (Deprivation of rights under color of law) and 18 U.S.C. § 247

(Obstruction of religious practices and destruction of religious property). By unlawfully detaining protective parents on false charges, they violated 18 U.S. Code § 1581 (Peonage) by ensuring the continued legal and financial subjugation of these individuals, thus enabling the FCCE to profit from the system's abuse. By enforcing fraudulent custody orders, officers violated 18 U.S. Code § 1583 (Kidnapping for involuntary servitude), actively participating in the kidnapping of children. They unlawfully seized minors from protective parents under the guise of legal authority, delivering them into the custody of individuals or entities engaged in trafficking, forced labor, or involuntary servitude for financial and political gain. Despite credible reports of child trafficking, officers and sheriffs failed to act, violating 18 U.S. Code § 242 (Deprivation of rights under color of law) by neglecting their duty to protect victims. By refusing wellness checks and investigations into child trafficking, they facilitated the continued exploitation and trafficking of minors. Additionally, the administrative assistants denied FOIA requests for police records, stating that only attorneys would be granted access.Therefore, the Blue Code Enterprise is also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1590 – Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor

d. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

f. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

g. 18 U.S.C. § 1341 – Mail Fraud

h.  18 U.S.C. § 1343 – Wire Fraud

i.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

j.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

k.  18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims

23. **THE PSYCHO/ MEDICAL FRAUD ENTERPRISE** (Consisting of Medical Professionals, Psychiatrists, Psychologists, and Healthcare Providers); The Psycho/Medical Fraud Enterprise comprises medical and mental health professionals who have willfully participated in the systemic abuse, exploitation, and trafficking of children and vulnerable individuals by providing fraudulent diagnoses, unnecessary or harmful treatments, and cover-ups of abuse. Members of this enterprise have: (a) Issued false psychiatric diagnoses to discredit victims and justify unnecessary institutionalization or medication; (b) Administered mind-altering drugs, including benzodiazepines, ketamine, and other sedatives, to suppress victim testimony and compliance; (c) Engaged in deliberate misdiagnosis and medical neglect to conceal physical and psychological evidence of trafficking and abuse; (d) Provided false medical reports supporting fabricated claims against victims and whistleblowers, enabling judicial and law enforcement actors to ignore or dismiss credible allegations; (e) Collaborated with traffickers, corrupt officials, and law enforcement to perpetuate cycles of abuse under the guise of medical treatment; (f) Violated professional ethical standards and committed medical malpractice, fraud, and obstruction of justice, facilitating ongoing human trafficking operations. This enterprise's deliberate misuse of medical authority has inflicted profound and lasting harm on victims, silencing them through trauma, addiction, and psychological control.

24. MEDICAL PROFESSIONALS- The Psycho/ Medical Fraud Enterprise (COUNT

ELEVEN: FABRICATION OF DIAGNOSES, COERCIVE DRUGGING, AND

CONSPIRACY TO TRAFFIC AND TERMINATE PARENTAL RIGHTS &

CHILDREN UNDER THE GUISE OF MENTAL & PHYSICAL HEALTH

INTERVENTIONS) Defendant mental health and medical professionals engaged in 18

U.S. Code § 1581 (Peonage) by fabricating medical diagnoses to justify the removal of

children from their protective parents, effectively committing "medical kidnapping"

under false pretenses. By submitting fraudulent evaluations, manufacturing false

evidence, and conducting sham assessments, these professionals falsely portrayed

protective parents as unfit, concealing evidence of manipulation and coaching to label

them with unfounded mental health disorders. Mental health and medical professionals

furthered the FCCE's child trafficking operations by fabricating psychiatric diagnoses to

justify the removal of children from their families, knowingly placing them in

environments where they were subjected to coercion, exploitation, and abuse. These

professionals acted as agents of the state, submitting biased medical reports and

testimony to facilitate the "medical kidnapping" of children without due process,

violating 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or

coercion). They also prescribed heavy medications to children without parental consent,

blaming resulting developmental delays on the parents to further their agenda. By

exaggerating or falsifying medical conditions, they justified removing children from their

families, all while refusing to provide parents with proof of these alleged conditions

before executing custody removals, enriching themselves and their affiliates through

fraudulent medical claims in cohesion with the medical service providers. Medical

Professional Defendant(s) are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 18 U.S.C. § 1512 – Witness Tampering

k. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

l. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

m. 18 U.S.C. § 1035 – False Statements Relating to Health Care Matters

25. **THE STATE/ FEDERAL TRAFFICKING ENTERPRISE** (Consisting of Agencies and their Imposters): The State/Federal Trafficking Enterprise is composed of state and federal agencies—including child protective services, law enforcement, social welfare departments, and judicial bodies—and their corrupt agents and imposters who facilitate, enable, or turn a blind eye to child trafficking and systemic abuse. This enterprise has: (a) Used the authority and resources of government to shield traffickers and exploit victims for financial gain and political power; (b) Engaged in fraudulent welfare programs and AI-driven surveillance schemes to identify, control, and exploit vulnerable children under

the guise of state protection; (c) Subverted legal processes and manipulated family court systems to sever parental rights and place children into trafficking networks; (d) Employed false investigations, fabricated evidence, and intimidation tactics against whistleblowers and victims seeking justice; (e) Collaborated with private entities—including banks, medical professionals, and attorneys—to maintain and expand trafficking operations under official cover; (f) Allowed imposters and unauthorized personnel to infiltrate agencies, further eroding accountability and enabling systemic corruption. By weaponizing government authority, this enterprise has institutionalized trafficking and abuse, making it difficult to detect or eradicate.

26. AGENCIES ET AL. - State/ Federal Trafficking Enterprise (COUNT TWELVE: CONSPIRACY TO TRAFFIC CHILDREN UNDER COLOR OF LAW, DESTRUCTION OF EVIDENCE, AND COORDINATED VIOLATIONS OF THE THIRTEENTH AMENDMENT AND FEDERAL ANTI-TRAFFICKING LAWS) Municipal, State, & Federal agencies/ entities, judicial branches, institutions, corporations, nonprofits, as well as their officials, violated 18 U.S. Code § 1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor) by willfully ignoring credible evidence of corruption and human trafficking within the family court system, thereby enabling the exploitation of parents and children. These officials turned a blind eye to clear cases of child trafficking, coercion, and fraud, failing to investigate or intervene and allowing the FCCE to operate with impunity. Their actions further violated 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or coercion) by enabling the trafficking of minors into exploitative situations through their

active negligence in enforcement. Defendant agencies and executive officials are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 42 U.S.C. 1985(2) – Conspiracy to Obstruct Justice

k. 42 U.S.C. 1985(3) – Conspiracy to Deprive Equal Protection

l. 18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

m. 18 U.S.C. § 1512 – Witness Tampering

27. **THE RESIDENTIAL TRAFFICKING ENTERPRISE** (Consisting of Social Services): The Residential Trafficking Enterprise is composed of social service agencies, foster care providers, group homes, and residential treatment facilities that have become active participants in child trafficking networks under the pretense of care and protection. This enterprise has: (a) Exploited vulnerable children removed from their homes by manipulating placement decisions to funnel minors into facilities controlled or influenced by traffickers; (b) Utilized state-funded programs and contracts to profit from the trafficking and exploitation of children within residential settings; (c) Allowed or actively

facilitated the systematic abuse, torture, and trafficking of children—many as young as 12 years old—within group homes and foster care environments; (d) Concealed trafficking activities through negligent oversight, falsified records, and collusion with traffickers and corrupt officials; (e) Enabled the use of drugging, physical restraint, psychological torment, and sexual exploitation to control and silence victims; (f) Operated with impunity due to lack of accountability, insufficient monitoring, and deliberate cover-ups. By converting social service structures into trafficking hubs, this enterprise perpetuates abuse under official sanction, betraying the very mission of protecting children.

28. SOCIAL SERVICES- The Residential Trafficking Enterprise (COUNT THIRTEEN: UNLAWFUL SEIZURE AND PLACEMENT OF CHILDREN INTO STATE-CONTROLLED TRAFFICKING HUBS, INCLUDING FOSTER HOMES AND GROUP FACILITIES, FOR FINANCIAL GAIN AND EXPLOITATION) Defendant(s) of the social service agencies and their co-conspirators such as case workers, foster parents, supervisors, agents, social workers, and the visitation centers engaged in 18 U.S. Code § 1591 (Sex Trafficking of Children or by Force, Fraud, or Coercion) and 18 U.S. Code § 1584 (Sale into involuntary servitude) by unlawfully removing children from their biological parents under false pretenses and placing them in environments where they were subjected to coercion, exploitation, and abuse. Abusive guardians then subjected children to forced labor, isolation, psychological abuse, and coercion, severing bonds with biological parents and exposing them to exploitation in violation of 18 U.S. Code § 1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor).This enterprise is infamous for systematically

erasing children from official records by deceitfully categorizing them as "runaways," thereby absolving itself of any responsibility while trafficking these innocent little ones to the criminal networks identified herein. The Residential Trafficking Enterprise is also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l. 18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

m. 18 U.S.C. § 1512 – Witness Tampering

29. **THE FAMILY ANNIHILATION ENTERPRISE** (Consisting of Co- Conspirators): The Family Annihilation Enterprise consists of family members, relatives, acquaintances, and close associates who knowingly or willfully participate in trafficking operations by grooming, coercing, and exploiting vulnerable children and victims within their own circles. This enterprise has: (a) Manipulated and betrayed the trust of victims by setting them up for trafficking and exploitation, often under the guise of care or protection; (b)

Used threats, coercion, manipulation, and psychological abuse to control victims and

silence resistance; (c) Coordinated with other trafficking networks, including traffickers,

corrupt officials, and enterprises, to facilitate victim recruitment and transportation; (d)

Exploited intimate knowledge of victims' lives, vulnerabilities, and social environments

to ensure successful trafficking operations; (e) Created environments of fear, isolation,

and dependency within families and social circles, making escape and rescue difficult or

impossible. By corrupting the fundamental social units meant to protect children, the

Family Annihilation Enterprise perpetuates cycles of abuse, exploitation, and trafficking.

30. CO-CONSPIRATORS - The Family Annihilation Enterprise (COUNT FOURTEEN:

CONSPIRACY TO DESTROY BIOLOGICAL FAMILIES THROUGH

STATE-SANCTIONED TRAUMA, TARGETED SEPARATION, AND

MULTI-AGENCY COORDINATION TO FACILITATE CHILD TRAFFICKING,

MULTIGENERATIONAL TRAFFICKING, AND COVER-UP) Participants in the

Family Annihilation Enterprise violated 18 U.S. Code § 1583 (Kidnapping for

involuntary servitude) by orchestrating the forced removal of children from their

protective parents under fraudulent pretenses, placing them into abusive or exploitative

conditions for financial and political gain. They also violated 18 U.S. Code § 1590

(Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor) by

systematically orchestrating the forced removal of children through fraudulent legal

proceedings, transferring them into environments where they were subjected to

involuntary servitude, abuse, and exploitation under the control of state-sanctioned

guardians, traffickers, or financially motivated third parties. This enterprise also engaged

in trafficking by coercing parents into endless legal battles, extorting them for legal fees

and compliance costs under the threat of permanently losing their children, thereby ensuring their financial and emotional enslavement to the corrupt system (18 U.S. Code § 1590). The Family Annihilation Enterprise is also accused of the following violations:

a. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

b. 18 U.S. Code § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

c. 18 U.S. Code § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

d. 18 U.S. Code § 1962(d) – Conspiracy to Commit Racketeering

e. 18 U.S. Code § 1341 – Mail Fraud

f. 18 U.S. Code § 1343 – Wire Fraud

g. 18 U.S. Code § 1346 – Honest Services Fraud

h. 18 U.S. Code § 242 – Deprivation of Rights Under Color of Law

i. 42 U.S. Code § 1985(2) – Conspiracy to Obstruct Justice

j. 42 U.S. Code § 1985(3) – Conspiracy to Deprive Equal Protection

k. 18 U.S. Code § 873 – Blackmail

l. 18 U.S. Code § 880 – Receiving the Proceeds of Extortion

## VII.  REQUEST FOR RELIEF

WE *the* PEOPLE demand: (a) RICO forfeiture of all profits and assets obtained through the JP MORGAN - U.S. GOVERNMENT ENTERPRISE. (b) Dissolution of Title IV trafficking incentives, particularly the removal of funding based on child removal. (c) Audits of JPMorgan Chase's Title IV financial activities and Epstein-linked accounts. (d) The combined net worth—exceeding $10 trillion—of JPMorgan Chase & Co. ($3.9T in assets), Goldman Sachs

($1.6T), Bank of America ($3.2T), Wells Fargo ($1.9T), Deutsche Bank ($1.3T), and Citigroup ($2.4T), each of whom has directly profited from or enabled systemic trafficking, mass surveillance, financial fraud, and corporate warfare against the American people—is hereby declared the lawful property of WE *the* PEOPLE. These assets shall be: 1. Seized under authority of 18 U.S.C. §§ 981, 982, 1963, and 1595 as property traceable to racketeering, trafficking, and criminal forfeiture statutes. 2. Liquidated by independent constitutional fiduciaries under a temporary People's Treasury Commission (see below). 3. Converted into lawful forms of redemption—such as: U.S. minted cash; Gold bullion or silver coin; Precious metals held in verified trust; Debt cancellation instruments; Non-fiat tradable instruments backed by sovereign commodities. To prevent the embezzlement, grift, and insider abuse that plagued COVID relief (PPP, EIDL, etc.), the following safeguards shall apply: 1. Constitutional Fiduciary Commission: An independent People's Treasury Commission (PTC) shall be established to oversee liquidation and distribution. Members shall be: Elected by regional popular vote; Barred from any prior affiliation with Wall Street, Congress, or intelligence agencies; Subject to 24/7 transparency and public audit. 2. Tiered Restitution Priority System (Redemption shall begin with): Verified victims of trafficking, unlawful adoption/foster care, medical kidnapping, and AI surveillance abuse. Survivors of war, vax/genetic experimentation, and displacement via economic warfare. Families forcibly separated or stripped of rights via Title IV-E fraud. Finally, all sovereign Americans (by verified lineage or lawful adoption into the republic). 3. Biometric & Behavioral ID Verification (non-digital): Each eligible recipient shall be verified through community-based attestation, not AI surveillance. Recipients must: Be verified by 3–5 witnesses of known standing in their region; Submit notarized affidavits of loss or harm; Be confirmed *in person* by traveling restoration tribunals or community assemblies. 4. Direct Physical Distribution (No Banks

Involved): Payments shall be made via redeemable paper instruments, coin, and precious metals; Regional distribution centers shall be protected by local militia or national guard equivalents under civilian control; No digital currency or private bank interface shall be allowed. 5. Criminal Penalties for Misuse: Any attempt to commit fraud against the Redemption Fund shall be prosecuted as financial terrorism; Misappropriation by fiduciaries results in mandatory life imprisonment and full asset seizure. Dissolution and permanent bar (Each implicated bank shall): Be dissolved under the Racketeer Influenced and Corrupt Organizations Act; Have all charters revoked and no legal right to reconstitute under any successor entity; Forfeit all executive and shareholder equity into the Redemption Fund; Be permanently barred from access to national monetary systems. (e) Immediate recognition of the U.S. courts and Supreme Court as financial contractors, and not lawful Article III bodies. (f) Injunction Prohibiting AI-Driven Child Surveillance in Welfare Systems: A permanent injunction barring any state or federal agency, or their contractors, from deploying artificial intelligence or predictive analytics to surveil, score, or profile children or families within child welfare, foster care, or juvenile justice systems. (g) Injunction Freezing Trafficking-Linked Financial Instruments: An emergency freeze and permanent suspension of any financial product, security, derivative, or investment vehicle backed by Title IV-E/IV-D funding, social impact bonds, or human service data—including those issued or brokered by JPMorgan Chase or affiliated financial institutions. (h) Injunction Barring Banks from Profiting Off Court-Based Revenue: A federal injunction banning banks and financial entities from profiting off child custody orders, termination of parental rights, child support enforcement, or juvenile placements through court-managed custodial accounts, CUSIPs, or collateralized debt obligations. (I) Injunction Dissolving Government Contracts with Named Banks: An order terminating all current government contracts—including Treasury, HUD, HHS,

and DOJ—with JPMorgan Chase, Goldman Sachs, Wells Fargo, and Bank of America until a full forensic audit is completed by a People-led oversight committee. (j) Injunction Against Future AI-Banking Partnerships in Welfare or Justice: A prohibition against future public-private partnerships between any financial institution and federal/state agencies where the intended purpose is to use AI or blockchain technologies in managing court records, child welfare data, or public health/welfare disbursements. (k) Injunction Mandating Public Audit of Title IV Disbursements: A court-supervised forensic audit of all Title IV funds disbursed between 1997 and the present, with special attention to whether children's placements were financially incentivized or coded into investment instruments. (l) Injunction Against Courts Operating as Depository Institutions: A permanent injunction disallowing courts from operating as depository institutions for negotiable instruments under 28 U.S.C. §§ 2041–2045 without full transparency, consent of all parties, and independent public oversight. (m) Injunction Prohibiting Data Harvesting from Minors in Government Custody: An immediate ban on any private entity collecting biometric, behavioral, medical, or educational data on any child or person for use in financial modeling or profit-seeking behavior, especially minors in state custody, foster care, or juvenile systems. (n) Injunction Requiring Full Disclosure of All Securities Backed by Human Services: A mandate for all financial institutions to fully disclose to the public any and all securities, bonds, or investment products backed by welfare, foster care, Medicaid, incarceration, or education data—under penalty of contempt. (o) Injunction Creating a Citizen Oversight Body with Enforcement Power: An order establishing a civilian-led oversight board empowered to subpoena, audit, and bring enforcement actions against financial and governmental entities involved in the exploitation of public funds, especially when tied to child welfare. (p) Order the immediate criminal prosecution and imprisonment of all individuals, corporate officers,

government contractors, and public servants found to have participated—knowingly or negligently—in the enterprise described herein. Under 18 U.S.C. § 1963, any person convicted under RICO shall face up to 20 years to life in federal prison, the forfeiture of all assets and proceeds derived from the enterprise, and the permanent disqualification from holding public office or receiving federal funds. (q) Pursuant to the Court's equitable powers under 18 U.S.C. §§ 1961–1968 (RICO) and Federal Rules of Civil Procedure 26 and 45, WE *the* PEOPLE request a court order compelling a full investigation into Donald J. Trump's financial, corporate, and political ties to the enterprise described herein. The Court has authority to issue subpoenas duces tecum and ad testificandum, requiring Mr. Trump to produce records, submit to sworn deposition, and answer all interrogatories related to trafficking-adjacent contracts, AI deployment, banking relationships (including JPMorgan and Deutsche Bank), and any connections to known offenders such as Jeffrey Epstein. Should the Court find probable cause or material noncompliance, we request that this matter is referred for criminal investigation to a Special Master or Independent Prosecutor under its inherent supervisory powers to ensure no Defendant—however politically powerful—escapes lawful accountability. (r) An order invalidating settlements by JPMorgan & corporate dissolution: WE *the* PEOPLE move this Court to declare null and void all settlements, including but not limited to the widely publicized $280 million disbursement paid by JPMorgan Chase to Epstein's victims. Said payments, while appearing compensatory on their face, constitute tainted restitution—made not from JPMorgan's own leadership or stakeholders, but rather from the collective wealth of the American people, siphoned from innocent depositors, pension holders, and tainted public systems. These pensions are unwittingly invested in securities that derive value from the unlawful seizure and placement of children—through fraudulent court orders, weaponized CPS reports, and trafficking-friendly

family law frameworks. The instruments themselves are not only morally repugnant but legally void under 18 U.S.C. §§ 1581–1595, 1961(1), and the Thirteenth and Fourteenth Amendments. Furthermore, any funds paid to victims under the guise of accountability are in reality recycled proceeds of organized criminal activity—a laundering of guilt, financed through fraudulent instruments, illicit surveillance profits, Title IV fund manipulation, and AI-directed market theft. JPMorgan Chase did not act as a rogue bank; it acted as the central banker of a transnational trafficking cartel, and its continued operation represents an ongoing threat to the Constitution, the Republic, and every citizen. WE *the* PEOPLE demand the Court recognize: 1. That no private financial institution is above the law, and no "settlement" can be allowed to whitewash systemic criminal enterprise. 2. That all victim settlements paid by JPMorgan—while ostensibly noble—are legally and morally void since they result from further theft, coercion, and laundering. 3. That JPMorgan Chase & Co. must be permanently dissolved, its leadership criminally investigated, and its assets seized under 18 U.S.C. §§ 981, 1963, and 1595. Justice requires not just compensation—but reparation, reform, and removal of every institution that knowingly financed or concealed systemic trafficking, no matter how high its towers or deep its vaults. (s) After the Holocaust, the issue of reparations for Jewish survivors became a crucial aspect of post-war negotiations. Recognizing the immense suffering endured by the Jewish people during the Holocaust, various countries and organizations took steps to provide financial compensation for the victims. One of the most significant initiatives was the Luxembourg Agreement of 1952, in which West Germany agreed to pay reparations to Jewish individuals who had suffered under Nazi persecution. These reparations aimed to acknowledge the atrocities committed and to provide some measure of restitution for the loss of property, livelihoods, and, most importantly, human dignity. 1. Over the years, the scope of reparations expanded to include

additional compensation programs and social welfare measures, ensuring that survivors and their families received support in their later years. While reparations could never fully heal the wounds of the Holocaust, they represented a significant acknowledgment of the injustice inflicted upon the Jewish people and provided a form of material redress for their suffering. 2. Similar to the Luxembourg Agreement, the Claimant(s) are requesting this honorable court establish a framework for compensating victims of child trafficking. This framework would involve acknowledging the emotional, financial, and physical toll inflicted upon them, as well as support services to aid in healing and rebuilding the victim's lives. 3. The Claimant(s) seek lifelong financial restitution for the egregious genocide inflicted upon innocent individuals by the Defendant(s), stemming from their abuse of discretion and deliberate procedural errors. These actions have tragically led to the forced removal and human trafficking of countless youths, perpetuating a cycle of trauma and injustice. It is imperative that the court recognizes the severity of these violations and provides comprehensive support to those affected, ensuring not only financial compensation but also long-term assistance and resources for healing and rebuilding shattered lives. 4. WE *the* PEOPLE request a Lawful Order and Judgment effectuating: Cease-and-Desist Orders: Immediate cessation of all criminal activities related to trafficking, genocide, and fraud. Return of our Family (U.S. Marshals' Walkout): Claimant(s) request that the Court direct the U.S. Marshals to facilitate the immediate return of our children from unlawful custody, ensuring their safety and constitutional rights; Reunification of Families; Return of all victims of child trafficking to their rightful families. Formal Nullification of the already Void Codes, including but not limited to those described in this Claim; Formal Vacating the already void "Consent to Crimes Decrees" in the ruse of "court orders"; Injunctive relief enjoining the Defendant(s) from further acts of racketeering and retaliation such as a Temporary Restraining

Order Without Notice issued against all Defendant(s) in order to protect the Claimant(s) and their offspring from further irreparable harm (18 U.S.C. § 1514(B)); Disbanding the Child & Human Trafficking Tribunals falsely portrayed as "courts." Massive Reparations & Return of our Pillaged Property, just as done by Germany, entitled to us under 18 U.S.C. § 1964(c). A Sum in Excess of $500,000,000,000,000 (Five Hundred Trillion Dollars) shall be funded only by gold, silver & other precious metals, physical currency or crypto-currency, by wire, certified or cashier's check. Indictments: The Defendant(s), Supreme Judicial Imposter(s), and Government Imposter(s) are to be charged under RICO for human trafficking, genocide, and fraud. These crimes include forced labor, systematic persecution, and judicial corruption, constituting a criminal enterprise that undermines lawful governance. Criminal Liability & Civil Damages: (i) Maximum RICO Penalties – Including life imprisonment where applicable. (ii) Asset Forfeiture – Seizure of all proceeds from criminal activity. (iii) Injunctive Relief – Barring Defendant(s) from public office or legal practice. An order divesting the Defendant(s) of any interest, direct or indirect, in the enterprises; (t) WE *the* PEOPLE request that Lauren Ashley Peek be released from all forms of unlawful detention, restraint, or custodial interference within ten (10) days of this filing. (u) Similarly, WE *the* PEOPLE request that Luigi Mangione be released from all forms of unlawful detention, restraint, or custodial interference within ten (10) days of this filing or in the alternative, this Court shall be deemed complicit in the continued deprivation of their liberty under color of law and subject to the immediate increase of personal liability insurance rates, citizen's arrests, and even more creative sanctions—sanctions which WE *the* PEOPLE will invoke, inspired by the spirit of justice and unity, creating a movement of righteous resistance beyond the control of any oppressive force. (v) Any other relief this court deems just and proper.

*We the People do not beg for restitution. We reclaim what is ours. The wealth built upon human suffering, child commoditization, and algorithmic control will be returned, not as a favor, but as a reckoning. These assets—sourced through theft and horror—shall now fund the rebuilding of liberty.*

## VIII.  LEGAL NOTICE & DISCLAIMER OF COMMERCIAL CONSENT

WE *the* PEOPLE hereby provides express notice that no part of this filing, nor any associated exhibits, pleadings, or docket entries, are to be treated as negotiable instruments, securities, or financial products under any federal or international monetary or banking system.

1. This document and its attachments are not to be securitized, monetized, collateralized, or otherwise used in the generation of revenue, performance bonds, or investment contracts under any interpretation of: (a) 28 U.S.C. §§ 2041–2045 (b) 12 U.S.C. § 1813 (c) 31 U.S.C. §§ 1321, 3302 (d) 26 U.S.C. §§ 1271–1275 (e) UCC § 3-104 or related Uniform Commercial Code statutes.

2. This document is submitted solely for the lawful purpose of judicial redress and due process, and any unauthorized commercial use, registration, or trading of this filing constitutes fraud, theft, and a violation of international human rights law.

3. WE *the* PEOPLE do not waive sovereign rights, nor consent to private or governmental monetization of this filing through D-U-N-S registration, CAGE codes, or any court-managed trust or account.

4. Any individual, agency, or entity that engages in the unauthorized monetization, securitization, or commercial exploitation of this filing, or of the Plaintiff's name, data, or family, will be subject to full liability under constitutional, civil, and international law.

5. Such acts constitute crimes against the People and shall be prosecuted by WE *the* PEOPLE in courts of law and in tribunals of justice, whether now or in the future. The Plaintiff reserves all rights, without prejudice, to pursue remedies under RICO, the U.S. Constitution, the Nuremberg Code, and Natural Law, and places all wrongdoers on notice: Unauthorized securitization or monetization of this legal claim constitutes treason and commercial fraud, for which you will be held personally and criminally liable by We the People under Natural, Constitutional, and International Law.

## IX.  CONCLUSION

This is *not* a political matter. It is an international human rights emergency. The commodification of children through AI, banking, and judicial deception represents the greatest crime in American history. This RICO action calls for the full dismantling of the corporate-state trafficking enterprises listed herein, led by JPMorgan Chase and its government partners.



## X.  CERTIFICATE OF SERVICE

1. I hereby certify that on the **DATE:**  __9__ / __22__ / __25__  a true and exact copy of the

   foregoing was served via email/ mail to all parties of record.

   **Signature:** __/s/: Anna: Yakovov_____.

   (UD1-207 Without Prejudice)


2. **Print Name:** __Anna: Yakovov_____

   *(An Enfranchised Living Soul)*

3. **Address:** __248 W Townline Rd, Crystal Falls, MI__
      __49920_____

      _____

4. **Email:** __annayakovov770@gmail.com_____

5. **Phone Number:** __(248) 727-4683_____

6. **TO: [Court's Address]:** __105 South Central Avenue, Clayton, MO 63105_____
      office@jackiegonzlaw.com  21mypleadings@courts.mo.gov
      justindwach@gmail.com

   *A Notary is **NOT** Needed.



Leaving a Paper Trail

msha.ke/phantomoverreach